1  OWEN SEITEL [Bar No. 137365; owen@crownllp.com]
   CROWN LLP
2  350 Rhode Island Street, Suite 240
   San Francisco, CA  94103
3  Telephone: (415) 932-6557

4  MICHAEL C. COOPER [Bar No. 114729; mcooper@ccplaw.com]
   JESSICA S. PLINER [Bar No.: 261976; jpliner@ccplaw.com]
5  CARLSON, CALLADINE & PETERSON LLP
   353 Sacramento Street, 16th Floor
6  San Francisco, CA 94111
   Telephone: (415) 391-3911
7  Facsimile:  (415) 391-3898

8  Attorneys for Defendants
   DAVID B. ADAMS, erroneously sued Individually,
9  and d/b/a TRANSMEDIA, INC., TRANSMEDIA
   POST PRODUCTION, TRANSMEDIA
10 RADIO NETWORKS, MEDIAFAX, INC.
   and SPOTTRAFFIC, INC., NEXSTAR
11 BROADCASTING GROUP, INC., SEAL
   ROCK BROADCASTERS, LLC, SARKES
12 TARZIAN, INC., GRAY TELEVISION, INC.
   INTERMOUNTAIN WEST COMMUNICATIONS
13 COMPANY, INC. and SINCLAIR BROADCAST GROUP, INC.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER YATES, an Individual | Case No. 3:15-cv-04912-JD |
| Plaintiff, | |
| vs. | SINCLAIR BROADCAST GROUP, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| DAVID B. ADAMS, Individually, and d/b/a TRANSMEDIA. INC.; TRANSMEDIA POST PRODUCTION; TRANSMEDIA RADIO NETWORKS; MEDIAFAX, INC.; and SPOTTRAFFIC INC.; NEXSTAR BROADCASTING GROUP, INC., Owner of KGPE-TV; SEAL ROCK BROADCASTERS, LLC, Owner of KCBA-TV; SARKES TARZIAN, INC., Owner of KTVN-TV; GRAY TELEVISION, INC., Owner of KOLO-TV; SINCLAIR BROADCAST GROUP, INC., Owner of KRXI-TV; INTERMOUNTAIN WEST COMMUNICATIONS COMPANY, INC., Owner of KRNV-TV; COMCAST CORPORATION Owner of 301-TV; COMCAST CORPORATION, Owner of 6300-TV; and DOES 1 through 300, inclusive, | |
| Defendants. | |

SINCLAIR BROADCAST GROUP, INC.'S CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS
Case No. 3:15-cv-04912-JD - Page 1

1
2     Defendant SINCLAIR BROADCAST GROUP, INC. certifies pursuant to Civil Local Rule
3     3-15 that as of this date, other than the named parties, there is no such interest to report.
4     DATED:   December 15, 2015   CROWN, LLP
5                                            By: /s/ Owen Seitel
                                                   OWEN SEITEL
6                                                  Attorneys for Defendant
                                                   SINCLAIR BROADCAST GROUP, INC.
7
8     I, Jessica Stuart Pliner, am the ECF user whose ID and password are being used to file this
      CERTIFICATION OF INTERESTED ENTITIES OR PERSONS. In compliance with Civil Local
9     Rule 5-1(i)(3), I hereby attest that the counsel whose e-signature appears on the foregoing pages
      have concurred with this filing.
10                                            s/ Jessica Stuart Pliner

SINCLAIR BROADCAST GROUP, INC.'S CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS
Case No. 3:15-cv-04912-JD - Page 2