KOZAK LUSIANI LAW
CHARLES R. KOZAK, ESQ.
California State Bar No. 141758
chuck@kozaklawfirm.com
R. CRAIG LUSIANI
California State Bar No. 91090
craig@kozaklawfirm.com
3100 Mill Street, Suite 115
Reno, Nevada 89502
(775) 322-1239
Fax (775) 800-1767
Attorneys for Plaintiff,
PETER YATES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER YATES, an Individual<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID B. ADAMS, Individually, and d/b/a TRANSMEDIA, INC.; TRANSMEDIA POST PRODUCTION; TRANSMEDIA RADIO NETWORKS; MEDIAFAX, INC.; and SPOTTRAFFIC, INC.; NEXSTAR BROADCASTING GROUP, INC., Owner of KGPE-TV; SEAL ROCK BROADCASTERS, LLC, Owner of KCBA-TV; SARKES TARZIAN, INC., Owner of KTVN-TV; GRAY TELEVISION, INC., Owner of KOLO-TV; SINCLAIR BROADCAST GROUP, INC., Owner of KRXI-TV; INTERMOUNTAIN WEST COMMUNICATIONS COMPANY, INC., Owner of KRNV-TV; COMCAST CORPORATION, Owner of 301-TV; COMCAST CORPORATION, Owner of 6300-TV; and DOES 1 through 300, inclusive,<br><br>　　　　Defendants.<br>_____/ | Case No.: 3:15-cv-04912-JD<br><br>**PETER YATES NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**<br><br>Date:　April 20, 2017<br>Time:　10:00 a.m.<br>Judge: Hon. James Donato |

1

# NOTICE OF MOTION

**TO THE PARTIES AND THEIR ATTORENYS OF RECORD:**

PLEASE TAKE NOTICE that on Thursday, April 20, 2017, at   or as soon thereafter as the matter may be heard before the Honorable James Donato, United States District Judge, Courtroom 11, 19th Floor, of the United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California 94102, R. Craig Lusiani, of Kozak Lusiani Law, LLC, 3100 Mill Street, Suite 115, Reno, Nevada 89502, shall and hereby does respectfully seek leave of the case pursuant to LOCAL R. 11-5(a) and in compliance with Cal. R. Prof. CONDUCT 3-700 (A)(1)(C)(5), to withdraw as counsel for Plaintiff Peter Yates.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to LOCAL R. 11-5, R. Craig Lusiani ("Movant") hereby notifies parties and the Court of his intent to withdraw as counsel for Plaintiff.  Movant states the following grounds for this notice and motion:

1. Movant has represented Plaintiff as part of his copyright case against Defendants.
2. This case was closed on March 1, 2017 with the remaining court action dealing with Defendants Motion for Attorney Fees and Costs.  Those issues have been discussed at length with  Plaintiff and with that in mind, Plaintiff has knowingly and freely given permission to Movant for termination of his employment pursuant to Cal. R. Prof. CONDUCT 3-700 (A)(1)(C)(5).
3. Movant's withdrawal will not cause any prejudice or delay in this case.
4. Movant respectfully requests the court waive oral arguments.

///

THEREFORE, Movant R. Craig Lusiani respectfully requests that this Court waive oral argument on this Motion, grant him leave to withdraw as counsel in the above-captioned matter, and enter an order stating the Movant has so withdrawn.

DATED this 7th day of April 2017.

R. Craig Lusiani
Kozak Lusiani Law, LLC

/s/ R. Craig Lusiani, Esq.
Attorneys for Plaintiff,
PETER YATES

**PROOF OF SERVICE**

I am a resident of the State of Nevada. I am over the age of eighteen years, and not a party to this action. My business address is 3100 Mill Street, Suite 115, Reno, Nevada 89502.

On April 7, 2017, I served true copy of the following document(s):

**PETER YATES NOTICE OF MOTION AND MOTION
TO WITHDRAW AS COUNSEL FOR PLAINTIFF;
[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

on each of the parties as follows:

**BY CM/ECF NOTIC OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/EFC users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the serve was made.

Executed on April 7, 2017, at Reno, Nevada.

/s/ Dedra L. Sonne
Dedra L. Sonne