UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER YATES,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID B. ADAMS, et al.,<br><br>    Defendants. | Case No. 15-cv-04912-JD<br><br>**ORDER** |

As discussed during the telephone conference on July 10, 2018, the Court orders that:

1. Plaintiff Peter Yates will sit for a two-hour deposition by defendants on enforcement of judgment issues, beginning at **10:00 a.m.** on **July 26, 2018**.
2. The deposition will be held at a court reporter's office in Contra Costa County. Defendant Adams's counsel will advise plaintiff of the exact location in writing (including by email).
3. Plaintiff will bring to the deposition:
   a. All bank account statements for the past two months;
   b. His lease (or other documentation that shows his current monthly rent); and
   c. His 2017 filed tax return.
4. Plaintiff will also be prepared to identify on the record at his deposition all of those individuals and entities he worked for and invoiced in the past 6 months (as well as the invoiced amounts).

//

//

//

If there are any further disputes following the deposition, any party may file a discovery dispute letter as described in the Court's Standing Order for Discovery in Civil Cases.

**IT IS SO ORDERED.**

Dated: July 13, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER YATES,

    Plaintiff,

v.

DAVID B. ADAMS, et al.,

    Defendants.

Case No. 15-cv-04912-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Yates
P.O. Box 285
Bethel Island, CA 94511

Dated: July 13, 2018

    Susan Y. Soong
    Clerk, United States District Court

    By: /s/ Lisa R. Clark
    LISA R. CLARK, Deputy Clerk to the
    Honorable JAMES DONATO